**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **ERICA J VENTRESS,** | ) | **Bankruptcy No. 17 B 01421** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **Honorable Carol A. Doyle** |

**NOTICE OF WITHDRAWAL**

**To:**   Erica J Ventress, 5855 Woodgate Drive, Matteson, IL 60443
, *
United States Trustee Patrick S. Layng, Office of the United States Trustee, 219 South Dearborn Street, Suite 873, Chicago, IL 60604*

PLEASE TAKE NOTICE that David P. Leibowitz, not individually but as the chapter 7 trustee of the estate of the above-captioned Debtor, now **withdraws** the following papers previously filed in this case:

(a) Final Report filed by United States Trustee Patrick Layng (Docket 26)

(b) Notice of Motion and Application for Compensation for David P Leibowitz ESQ, Trustee Chapter 7, Fee: $475.00, Expenses: $18.10. Filed by Trustee David P Leibowitz ESQ Hearing scheduled for 8/23/2017 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A) (Leibowitz, David) (Entered: 08/01/2017) - Document 1 (Main Document) (Docket 27a)

(c) Notice of Motion and Application for Compensation for David P Leibowitz ESQ, Trustee Chapter 7, Fee: $475.00, Expenses: $18.10. Filed by Trustee David P Leibowitz ESQ Hearing scheduled for 8/23/2017 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A) (Leibowitz, David) (Entered: 08/01/2017) - Document 2 (Proposed Order) (docket 27b)

(d) Notice of Motion and Application for Compensation for David P Leibowitz ESQ, Trustee Chapter 7, Fee: $475.00, Expenses: $18.10. Filed by Trustee David P Leibowitz ESQ Hearing scheduled for 8/23/2017 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A) (Leibowitz, David) (Entered: 08/01/2017) - Document 3 (Exhibit A) (docket 27(c)

(e) Notice of Trustee's Final Report and Applications for Compensation. Clerk will send notice. Filed by Trustee David P Leibowitz ESQ (RE: 26 Final Report Asset, 27 Application for Compensation). Hearing scheduled for 8/23/2017 at 10:30 AM at 219

      South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Leibowitz, David) (Entered: 08/01/2017 (docket 28)

These withdrawals are necessitated by Debtor's amended schedules claiming exemptions filed on August 1, 2017 (docket 31).

Trustee will now file a No Distribution Report in this case.

In the event that this matter is called when scheduled for hearing on August 23, 2017, Trustee will appear and present his withdrawal of papers to the Court for its consideration.

Date: August 16, 2017         **DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

                By:   /s/ David P. Leibowitz
                      David P. Leibowitz (ARDC # 1612271)
                      Lakelaw
                      53 West Jackson Boulevard, Suite 1610
                      Chicago, Illinois 60604
                      847.249.9100

## CERTIFICATE OF SERVICE

      On August 16, 2017, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, with postage prepaid, at Chicago, Illinois. Those marked with an * were served via the Court's ECF System.

                      /s/ Rachel A. Leibowitz
                      Paralegal